UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUQMAN TANVEER,

        Petitioner,

   v.

TODD BLANCHE et al.,

        Respondents.

CASE NO. 2:26-cv-01387-DGE

ORDER DISMISSING PETITION
FOR FAILURE TO PROSECUTE

On April 23, 2026, Petitioner filed a motion to proceed *in forma pauperis* ("IFP") (Dkt. No. 1), along with a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1-3), a motion for temporary restraining order ("TRO") (Dkt. No. 2), and a proposed motion to appoint counsel (Dkt. No. 3).  He asserted he was detained at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington and has been since November 2024. (Dkt. No. 1-3 at 1, 3.)

On April 24, the Court granted Petitioner's IFP application because he "appear[ed] to have limited funds available to afford the filing fee."  (Dkt. No. 5 at 2.)  However, the Court

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 1

noted that Petitioner's case could not proceed because Petitioner did not sign his habeas petition. (*Id.*) The same day, the Clerk sent Petitioner a letter explaining the deficiency and giving Petitioner until May 26, 2026 to fix the deficiency. (Dkt. No. 4.)

As of the date of this order, Petitioner has not filed a corrected petition that addresses the filing deficiency identified in Dkt. Nos. 4 and 5.[1] The Court therefore DISMISSES this case **without prejudice** for failure to prosecute and DENIES as moot any outstanding motions. This matter is now closed. Should Petitioner attempt to seek habeas relief in the future, he must file a *new* habeas petition under a *new* case number. Petitioner must identify facts with specificity that give rise to all causes of action he alleges.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of June 2026.

David G. Estudillo
United States District Judge

---

[1] It appears correspondence mailed to Petitioner was returned as undeliverable. (*See* Dkt. No. 6.)

ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE - 2